# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0069
Lower Tribunal No. F11-8943
_____

**John Aaron Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Loren Rhoton, P.A., and Loren D. Rhoton (Tampa), for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS, and LINDSEY, JJ.

PER CURIAM.

Affirmed.